United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50495
(Summary Calendar)

_____

SHERRY CAVIL,

Plaintiff-Appellant,

versus

ILLINOIS TOOL WORKS, INC.; WILSONART INTERNATIONAL, INC.; BILL
REEB, a/k/a Bill Reed; DENNIS KOPRIVA; DENISE MOTL; and JOHN DOE,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Texas
(No. W-01-CA-378)

_____

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Sherry Cavil appeals the district court's
order granting summary judgment for the Defendants-Appellees in her
employment-related action. Cavil asserted numerous causes of
action, including (1) retaliation, (2) racial discrimination, (3)
defamation, (4) violation of the Americans with Disabilities Act,
(5) intentional infliction of emotional distress, and (6) assault.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

In our de novo review, we have considered the parties' briefs, the appendix submitted by Cavil, the record, and the district court's order and are satisfied that the district court correctly granted summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Accordingly, we affirm the district court's judgment for the reasons stated by the court in its comprehensive Opinion and Order. See Cavil v. Illinois Tool Works, Inc., et al., No. W-01-CA-378 (W.D. Tex. Mar. 31, 2003).

AFFIRMED.